STEPHANIE M. HINDS (CABN 154284)
United States Attorney

TOM COLTHURST (CABN 99493)
Chief, Criminal Division

AJAY KRISHNAMURTHY (CABN 305533)
KEVIN J. BARRY (CABN 229748)
LINA PENG (NYBN 5150032)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7050
FAX: (415) 436-7050
Ajay.krishnamurthy@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN JOSEPH NELSON, et al.,<br><br>Defendants. | CASE No. CR 17-0533 EMC<br><br>**UNITED STATES' WITNESS LIST FOR MARCH 2, 2022 EVIDENTIARY HEARING** |

The United States respectfully informs the Court and the defense that it will call FBI Special Agent Kassandra Lane as a witness during the March 2, 2022 Rule 104 hearing. SA Lane is the FBI case agent assigned to the *United States v. Nelson* investigation. She will introduce into evidence materials related to the sexual assault of Victim 6, including those discussed in the government's Memorandum Regarding Witness List, filed under seal on February 24, 2022.

//

//

DATED: February 25, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

/s/ *Kevin J. Barry*
KEVIN J. BARRY
LINA PENG
AJAY KRISHNAMURTHY
Assistant United States Attorneys