JAI M. GOHEL (SBN 170782)
819 Eddy Street
San Francisco, CA 94109
Phone: 415-771-6714; E-Mail: JaiGohel@rocketmail.com

RICHARD G. NOVAK (SBN 149303)
P.O. Box 5549
Berkeley, CA 94705
Phone: 626-578-1175 (voice); E-Mail: Richard@RGNLaw.com
**Attorneys for JONATHAN JOSEPH NELSON**

ROBERT F. WAGGENER (SBN 118450)
214 Duboce Ave
San Francisco, CA 94103-1008
Phone: 415-431-4500; E-Mail: rwlaw@mindspring.com

MARCIA A. MORRISSEY (SBN 66921)
11400 W. Olympic Blvd., Suite 1500
Los Angeles, CA 90064
Phone: 310-399-3259; E-Mail: morrisseyma@aol.com
**Attorneys for RUSSELL OTT**

K. ALEXANDRA MCCLURE (SBN 189679)
214 Duboce Avenue
San Francisco, CA 94103
Phone: 415-814-3397; E-Mail: alex@alexmcclurelaw.com

JOHN T. PHILIPSBORN (SBN 83944)
507 Polk Street, Suite 350
San Francisco, CA 94102
Phone: 415-771-3801; E-Mail: jphilipsbo@aol.com
**Attorneys for BRIAN WAYNE WENDT**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. CR 17-0533-EMC |
| **Plaintiff,** | **DEFENDANT NELSON, OTT, AND WENDT'S JOINT WITNESS LIST FOR RULE 104 HEARING** |
| **vs.** | BEFORE THE HONORABLE EDWARD M. CHEN, DISTRICT JUDGE |
| **JONATHAN JOSEPH NELSON, et al.,** | Hearing Date: March 2, 2022 |
| **Defendants.** | Hearing Time: 9:00 a.m. |

**DEFENDANT NELSON, OTT, AND WENDT'S JOINT WITNESS LIST**

Defendants Nelson, Ott, and Wendt presently intend to call as witnesses at the hearing set down by this Court for 9:00 a.m. on March 2, 2022 the following persons, *as necessary*:

1. The person identified in the Superseding Indictment as "Victim 5";
2. The person identified in the Superseding Indictment as "Victim 6";
3. Matthew Regan, former Sonoma County Sheriff's Deputy
4. Juan F. Valencia, Sonoma County Sheriff's Deputy
5. Fred Schmidt, Sonoma County Sheriff's Deputy
6. Michael Ball, California Highway Patrol
7. Travis Menke, FBI and Santa Rosa Police Department
8. Bill Harm, FBI and California Highway Patrol

Dated: February 25, 2022

Respectfully submitted,

RICHARD G. NOVAK
JAI M. GOHEL
Attorneys for Jonathan Joseph Nelson

/s/*Richard G. Novak*
by RICHARD G. NOVAK

ON BEHALF OF DEFENDANTS NELSON, OTT, AND WENDT