RICHARD G. NOVAK (SBN 149303)
P.O. Box 5549
Berkeley, CA 94705
626-578-1175 (voice)
Richard@RGNLaw.com

JAI M. GOHEL (SBN 170782)
819 Eddy Street
San Francisco, CA 94109
415-771-6714 (voice)
JaiGohel@rocketmail.com

**Attorneys for Defendant**
**JONATHAN JOSEPH NELSON**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,**<br>**vs.**<br>**JONATHAN JOSEPH NELSON, et al.,**<br>**Defendants.** | Case No. 3:17-cr-00533-EMC<br>**DEFENDANT JONATHAN JOSEPH NELSON'S FIRST AMENDED WITNESS LIST** |

Defendant JONATHAN JOSEPH NELSON, by and through his counsel of record, hereby files his First Amended Witness List, which may be supplemented as necessary**.**

Dated: May 13, 2022

Respectfully submitted,

/s/ Richard G. Novak
RICHARD G. NOVAK
JAI M. GOHEL
Attorneys for Jonathan Joseph Nelson

**JONATHAN NELSON'S FIRST AMENDED WITNESS LIST**

**Name Of Witness**

1. Martin Chenevert, M.D.
2. Spencer Brady
3. Arianna Berg
4. Dale Dutton
5. David Currey
6. Zachary Mayers

Dated: May 13, 2022

Respectfully submitted,

/s/ Richard G. Novak

RICHARD G. NOVAK
JAI M. GOHEL
Attorneys for Jonathan Joseph Nelson