LAW OFFICES OF ERIK BABCOCK
ERIK BABCOCK (Cal. 172517)
717 Washington St., 2d Floor
Oakland CA 94607
Tel:  (510) 452-8400
Fax:  (510) 201-2084
erik@babcocklawoffice.com

Attorney for Defendant
BRIAN BURKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>BRIAN BURKE, et al.,<br><br>  Defendants. | Case No. CR 17-cr-00533 EMC (SK)<br><br>**EX PARTE APPLICATION AND PROPOSED ORDER ALLOWING DEFENDANT BURKE TO COMMUNICATE WITH OAKLAND CHAPTER MEMBER TO MAKE FLIERS FOR FUNERAL AND RELATED SERVICES** |

Sonny Barger, a famous member of the Oakland Chapter of the Hells Angels, recently passed away. Defendant Brian Burke has experience in graphic design (fliers, posters, etc.). Mr. Burke is requesting permission to communicate with Roman Javier, a member of the Oakland Chapter of the Hells Angels, in order to design fliers and posters for the funeral and related services for Sonny Barger. The communications with Mr. Javier would be solely about the fliers and the service arrangements.

///

Josh Libby from Pretrial Services does not oppose this request.

Assistant U.S. Attorney Kevin Barry does not oppose this request.

DATED: July 8, 2022

/S/Erik Babcock
ERIK BABCOCK

Attorney for Defendant BURKE

**PROPOSED ORDER**

**GOOD CAUSE APPEARING**, the court temporarily modifies Mr. Burke' release conditions to allow him to communicate with Ramon Javier, a member of the Oakland Chapter of the Hells Angels, for the purpose of designing fliers for the funeral and related services for Sonny Barger. Mr. Burke must limit his communications with Mr. Javier to communications to design the fliers, greetings, condolences, and farewells. No other conversation or discussion is allowed.

**SO ORDERED.**

DATED:

HONORABLE SALLIE KIM
U.S. Magistrate Judge