ALBERT J. BORO, JR. (CA Bar #126657)
*ajboro@boro-law.com*
BORO LAW FIRM
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 621-2400
Facsimile: (415) 276-5870

ALANNA D. COOPERSMITH (CA Bar #248447)
*alanna@eastbaydefense.com*
Attorney at Law
717 Washington Street
Oakland, CA 94607
Telephone: (510) 628-0596
Facsimile: (866) 365-9759

Attorneys for Defendant
RAYMOND FOAKES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND MICHAEL FOAKES, *et al*.,<br><br>Defendants. | No. 17-cr-00533-EMC<br><br>NOTICE OF TRIAL GROUP TWO DEFENDANTS' THIRD AMENDED WITNESS LIST<br><br>Court: Hon. Edward M. Chen |

Defendant Raymond Foakes, on behalf of himself and defendants Christopher Ranieri and Brian Burke (collectively, the "Trial Group 2 Defendants"), hereby files this Notice of Trial Group Two Defendants' Third Amended Witness List, which is Exhibit A hereto. Exhibit A is being filed under seal pursuant to N.D. Cal. Criminal Local Rule 56-1.

Dated: April 20, 2023

Respectfully Submitted:

BORO LAW FIRM

*/s/ Albert J. Boro, Jr.*

ALBERT J. BORO, JR.

ALANNA D. COOPERSMITH
ATTORNEY AT LAW

Attorneys for Defendant
RAYMOND FOAKES

# EXHIBIT A

**(filed under seal)**