James A. Bustamante
CA SBN 133675
1000 Brannan Street, Suite 488
San Francisco, CA 94103
T: 415-394-3800
F: 415-522-1506
james@jacksonsquarelaw.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br><br>vs.<br><br>MERL FREDERICK HEFFERMAN,<br>          Defendant | Case No.: 17-CR-00533 EMC<br><br>**STIPULATION AND (PROPOSED) ORDER TO CONTINUE SENTENCING HEARING** |

      Defendant Merl Hefferman, by and through his counsel of record James Bustamante, hereby requests that his sentencing presently set for July 13, 2023 at 11:00 am be continued to October 5, 2023 at 9:00 am.

      Mr. Hefferman requests this continuance for two reasons. First, Tuesday, May 9, 2023 Mr. Hefferman had to undergo emergency surgery. Less than a week later, on May 15, 2023, due to complications, he was readmitted for another surgery and was released from the hospital on June 1, 2023.  While recovering at home, he will be monitored by an outpatient nurse twice a week for the next 6-8 weeks.

Second, Mr. Hefferman is scheduled to have another surgery on July 19, 2023. This surgery will require a recovery time of approximately 6-8 weeks. Within the past month Mr. Hefferman has spent roughly 14 days in the hospital.

The parties have stipulated to this request. Given the information provided above, the parties have agreed to a new sentencing date of October 5, 2023 at 9:00 am.

Dated this 8th day of June, 2023.

                                       */s/ James A. Bustamante*
                                       James A. Bustamante
                                       Attorney for MERL HEFFERMAN

                                       */s/ Ajay Krishnamurthy*
                                       Ajay Krishnamurthy
                                       U.S. Attorney's Office

STIPULATION AND (PROPOSED) ORDER TO CONTINUE SENTENCING HEARING

**[PROPOSED ORDER]**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Mr. Hefferman's sentencing hearing, which is presently set for July 13, 2023 at 11:00 am to October 5, 2023 at 9:00 am.

IT IS SO ORDERED

DATED:

_____
HON. EDWARD M. CHEN
United States District Judge