UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RAYMOND MICHAEL FOAKES, CHRISTOPHER RANIERI, BRIAN BURKE<br><br>        Defendants. | Case No. 17-cr-00533-EMC-2, 7,9<br><br>**CLERK'S NOTICE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

Please find on the subsequent page Jury Note One with response.

Dated: May 15, 2023

                                      Mark B. Busby
                                      Clerk, United States District Court

By: _____
Vicky Ayala, Deputy Clerk to the
Honorable EDWARD M. CHEN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE EDWARD M. CHEN    Case No. 17-cr-00533-EMC-2, 7, 9

CASE NAME: USA v. Foakes, Ranieri, Burke

NOTE FROM THE JURY

Note No. 1

Date 5/15/2023

Time 11:21 am

1. The Jury has reached a unanimous verdict ( )

   or

2. The Jury has the following question:

   What is the procedure for accessing the trial transcript?

   _____
   Foreperson of the Jury

Response to Jury Question 1:

The jury does not have access to the trial transcript. However, if the jury wants to rehear testimony of particular witness(es), the jury may so request. If the request is granted by the Court, the procedure would then be to have the jury return to the courtroom and have the trial transcript read back as directed by the Court.