UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

RAYMOND MICHAEL FOAKES, et al.,

Defendants.

Case No. 17-cr-00533-EMC-2

**VERDICT FORM**

**VERDICT FORM**

## COUNT ONE

**1A.** As to each defendant below, has the government proven beyond a reasonable doubt that he conspired to conduct or participate in the conduct of the affairs of an enterprise through a pattern of racketeering activity in violation of 18 U.S.C. § 1962(d), as alleged in Count One?

|  | YES, GUILTY | NO, NOT GUILTY |
|---|---|---|
| RAYMOND FOAKES | ✓ | |
| CHRISTOPHER RANIERI | ✓ | |

Please answer the following question only for any defendant you have found guilty in Question 1A:

**1B.** As to each defendant below, has the government further proven beyond a reasonable doubt that the defendant knowingly and intentionally agreed to join a conspiracy to commit deliberate and premeditated murder within the essential nature and scope of the HASC enterprise? If the government has so proven, write "Yes" in the space(s) indicated. If not, then write "No" in the appropriate space(s).

|  | MURDER |
|---|---|
| RAYMOND FOAKES | No |
| CHRISTOPHER RANIERI | Yes |

## COUNT TWO

**2.** As to the defendant below, has the government proven beyond a reasonable doubt that he conspired to commit the murder of Joel Silva for the purpose of gaining entrance to, maintaining his position in, or increasing his position within the charged enterprise in violation of 18 U.S.C. § 1959(a)(5), as charged in Count Two?

|  | YES, GUILTY | NO, NOT GUILTY |
|---|---|---|
| CHRISTOPHER RANIERI | ✓ | |

## COUNT SIX

3. Has the government proven beyond a reasonable doubt that on or about November 26, 2016, defendant RAYMOND FOAKES assaulted Troy Conte with a dangerous weapon, specifically, a firearm, for the purpose of gaining entrance to, maintaining his position in, or increasing his position within the charged racketeering enterprise in violation of 18 U.S.C. § 1959(a)(3), as charged in Count Six?

YES, GUILTY                    NO, NOT GUILTY
   ✓
_____                    _____

## COUNT EIGHT

4. Has the government proven beyond a reasonable doubt that on or about November 26, 2016, defendant RAYMOND FOAKES knowingly attempted to intimidate, threaten or corruptly persuade Michelle Conte with the intent to influence, delay or prevent her testimony in an official proceeding, namely, the adjudication of RAYMOND FOAKES'S alleged violation of the conditions of his supervised release in Case No. CR 11-0624 WHA, in violation of 18 U.S.C. § 1512(b)(1), as charged in Count Eight?

YES, GUILTY                    NO, NOT GUILTY
   ✓
_____                    _____

## COUNT ELEVEN

5. Has the government proven beyond a reasonable doubt that on or about February 8, 2017, defendant BRIAN BURKE knowingly attempted to intimidate, threaten or corruptly persuade Michelle Conte by threatening to shoot her with a firearm with the intent to influence, delay or

///

///

///

prevent her testimony in an official proceeding, namely, the adjudication of RAYMOND FOAKES'S alleged violation of the conditions of his supervised release in Case No. CR 11-0624 WHA, in violation of 18 U.S.C. § 1512(b)(1), as charged in Count Eleven?

YES, GUILTY                    NO, NOT GUILTY
_____                    ___✓___

DATED: 5/17/2023               FOREPERSON: _James E. Mu___