ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
LINA PENG (NYBN 5150032)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7050
   FAX: (415) 436-7050
   Lina.peng@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 17-CR-533-EMC |
| Plaintiff, | United States' Third Motion for One Week Extension of Time to Respond to Group 1 Defendants' Motion for a New Trial |
| v. | |
| JONATHAN JOSEPH NELSON, et al., | |
| Defendant. | |

The United States moves for a one-week extension to its current deadline to respond to Trial Group 1's Rule 33 motions. Its opposition is currently due on July 7, 2023, the defense reply is due by July 21, 2023, and the hearing date is set for October 5, 2023, at 10:00 a.m.

The government is requesting a short one-week extension to respond to the Group 1 Rule 33 motions. The requested extension will not affect the disposition schedule of the motion given that the motion hearing date is set for October 5, 2023.

Ott's and Nelson's consolidated motion, filed on March 8, 2023, is 116 pages long and raises 22 distinct issues. Wendt's motion, filed March 10, 2023, is 110 pages long and raises over 30 issues. Jury selection in the first trial began on April 11, 2022. Dkt. 2570. The jury returned guilty verdicts on June

22, 2022. Dkt. 2886. Although Federal Rule of Criminal Procedure 33 requires motions for a new trial to ordinarily be filed within 14 days of the verdict, the defense—citing the length of the trial record—initially requested an additional 30 days. RT 7354. The defense also made clear that "because of the size of the record and some other obligations, it's certainly going to take more than 30 days." *Id.* The defense's deadline was subsequently extended several more times, and Ott's and Nelson's motions were ultimately filed on March 8, 2023. Dkt. 3240. Ott's and Nelson's motion is 116 pages long. *Id.* It raises 22 different issues, ranging from errors in jury selection to errors in the Court's COVID protocols to alleged prosecutorial misconduct. *Id.* Wendt's motion, filed March 10, 2023, is 110 pages long and raises over 30 issues.

Jury selection in the second trial against Foakes, Burke, and Ranieri, began on March 13, 2023, and the jury returned its verdict on May 17, 2023. The Court recently set a schedule for the briefing of Rule 29 and 33 motions for that trial: defense motions (August 17, 2023); government response (September 14, 2023); defense reply (September 28, 2023); hearing (October 19, 2023); sentencing (November 16, 2023).

The government is requesting a one-week extension to the deadline for filing its opposition to Group 1 Rule 33 motions, for the following revised schedule:

    United States Opposition:    July 14, 2023

    Defense Reply:    July 28, 2023

    Hearing Date:    October 5, 2023 (previously set).

In addition, the government requests that the Court schedule a sentencing date for the Group 1 defendants no later than November 16, 2023, the date scheduled for Group 2 defendants' sentencing.

DATED: July 6, 2023

Respectfully submitted,

ISMAIL RAMSEY
United States Attorney

____/s/_____
LINA PENG
KEVIN J. BARRY
Assistant United States Attorneys