# JOHN T. PHILIPSBORN
LAW OFFICES
### CIVIC CENTER BUILDING
SUITE 350
507 POLK STREET
SAN FRANCISCO, CALIFORNIA 94102

JOHN T. PHILIPSBORN

(415) 771-3801
FAX (415) 771-3218
JPHILIPSBO@AOL.COM

OFFICE STAFF

CHRISTINE MARGLE
MELISSA STERN

JTPOFFICE@AOL.COM

October 4, 2025

_Via E-mail_
The Honorable Edward M. Chen
Federal District Court Judge
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

**Re:    _U.S. v. Nelson, et al.,_ Case No. 17-cr-00533–EMC**
**Additional Citation For Oral Argument–October 6, 2025**

Dear Judge Chen:

The Joint Defense in the above referenced matter may make reference to the Ninth Circuit ruling in _United States v. Chisum,_ 436 F.2d 645 (9th Cir., 1971) during the hearing scheduled to take place before you on October 4, 2025 in reference to the basis for the granting of a new trial if the Court finds that the convictions rest on tainted evidence.

Respectfully Submitted,

JOHN T. PHILIPSBORN

JTP/mas

cc:    All Counsel Involved in October 6, 2025 Hearing

CERTIFIED BY THE CALIFORNIA BOARD OF LEGAL SPECIALIZATION AS A SPECIALIST IN CRIMINAL LAW