RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: 510-763-9967
Facsimile: 510-380-6551
rsp@rspollocklaw.com

Attorney for Defendant
JEREMY DANIEL GREER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **Case No. 17-533-EMC** |
| ) | |
| Plaintiff, ) | **SUPPLEMENTAL DOCUMENTS** |
| vs. ) | **FROM BUREAU OF PRISON RE.** |
| ) | **MOTION FOR COMPASSIONATE** |
| ) | **RELEASE** |
| ) | |
| JEREMY DANIEL GREER, ) | |
| ) | |
| Defendant ) | |

Defendant Jeremy Daniel Greer, by and through his counsel of record Randy Sue Pollock, hereby provides this Court with supplemental documents from the Bureau of Prisons in support of the Motion for Compassionate Release.  **Exhibit A** is Mr. Greer's Individualized Needs Plan and **Exhibit B** is his report from RDAP.  April 19, 2026, is identified as his conditional release to a halfway house.

Date:  November 3, 2025

Respectfully submitted,

/s/_____
RANDY SUE POLLOCK
Counsel for Jeremy Daniel Greer