RICHARD G. NOVAK (SBN 149303)
RICHARD G. NOVAK, APLC
P.O. Box 5549
Berkeley, CA 94705
626-578-1175 (voice)
Richard@RGNLaw.com
**Attorney for JONATHAN NELSON**

ROBERT WAGGENER (#118450)
Law Offices of ROBERT WAGGENER
214 Duboce Ave
San Francisco, CA 94103-1008
(415) 431-4500
rwlaw@mindspring.com
**Attorney for RUSSELL OTT**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:17-cr-00533-EMC |
| Plaintiff, | ) |
| vs. | ) **DEFENDANTS NELSON AND OTT'S JOINT MOTION FOR A THIRD EXTENSION OF TIME TO COMPLY WITH COURT ORDER RE. UNDER SEAL DOCUMENTS; DECLARATION OF COUNSEL** |
| JONATHAN NELSON and | ) |
| RUSSELL OTT, | ) |
| Defendants. | ) |

Defendants JONATHAN JOSEPH NELSON and RUSSELL TAYLOR OTT, by and through their respective counsel of record, hereby move this Court for an order extending until March 31, 2026, the deadline for counsel to comply with this Court's order dated August 20, 2025 (Sealed Doc. No. 4022) concerning the status of certain under seal pleadings.

This motion is based upon the attached declaration of counsel.

//

//

//

//

Dated: January 2, 2026          Respectfully submitted,

**/s/ Richard G. Novak**
RICHARD G. NOVAK
Attorney For Jonathan Nelson

**/s/ Robert Waggener**
ROBERT WAGGENER
Attorney For Russell Ott

2

**DECLARATION OF RICHARD G. NOVAK**

I, Richard G. Novak, declare as follows:

1.      I am an attorney at law duly licensed to practice before this Court.  I am counsel of record for Jonathan Joseph Nelson ("Mr. Nelson") in this action.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.      On August 20, 2025, this Court entered, under seal, an order (Sealed Doc. No. 4022) directing counsel to address the status of certain under seal documents in this matter.

3.      On October 10, 2025, this Court granted Mr. Nelson and Mr. Ott's motion for an extension of time to October 31, 2025 in order to complete that work.  On October 31, 2025, this Court granted a further extension to December 31, 2025.

4.      Mr. Ott's counsel, Robert Waggener, and I are requesting a third extension of time until March 31, 2026, to comply with the order for the reasons set forth below.

5.      Mr. Waggener and I still need to meet together to review a large number of sealed pleadings that implicate both Mr. Ott and Mr. Nelson. We have not yet been able to conduct that meeting, because of our other responsibilities in this matter and in other matters.  I am scheduled to meet with Mr. Nelson in the next few weeks and need to discuss the unsealing of certain documents with him, in addition to other issues. Mr. Waggener expects to meet with Mr. Ott at some point during this month and also needs to discuss the unsealing of certain documents with him, in addition to other issues.

6.      Mr. Waggener and I believe that we can complete this project in the next 90 days and can, by the end of March, 2026, provide this Court with the information it needs in order to make final decisions concerning the sealed status of the pleadings at issue.

//

//

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on this 2nd day of January 2026.

/s/ **Richard G. Novak**
Richard G. Novak

2