UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## *AMENDED CRIMINAL MINUTES

**Date:** February 4, 2026          **Time:** 2:38-2:53          **Judge:** EDWARD M. CHEN
15 Minutes

**Case No.:** 17-cr-00533-EMC-12          **Case Name:**  United States v. Merl Frederick Hefferman

**Attorney for Government:** Kevin Barry
**Attorney for Defendant:** James Bustamante
**Defendant:** [X] Present   [] Not Present
**Defendant's Custodial Status:** [] In Custody  [X] Not in Custody

**Deputy Clerk:** Vicky Ayala                    **Court Reporter:** Andrea Bluedorn

### PROCEEDINGS HELD VIA ZOOM MEETING

Status Conference.

### SUMMARY

Parties stated appearances.  Parties agreed to appear via videoconference.

Court admonished defense counsel for submitting defendant's medical records untimely. Defendant has ongoing issues with SOB and chest pain; he has an appointment with a cardiologist at UCSF on 2/20/2026.  Court and Government requested clarification of medical records regarding stent placement.  Government indicated BOP has all of defendant's medical records and it has requested status on designation.  Defense counsel suggested a self-surrender date of six weeks which will give defendant the opportunity to keep his appointment with the cardiologist and obtain a further assessment of his ongoing health issues. It will also allow time for BOP to designate.

Court ordered defendant to self-surrender to designated BOP facility **on 3/16/2026, by 12:00 PM.**  Court will set a further status conference to determine if BOP has designated a facility for defendant.

*CASE CONTINUED TO: **3/10/2026, at 1:00 PM for a Status Conference via Zoom Meeting.**