UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17-cr-00533-EMC-12 |
| Plaintiffs, | |
| v. | **ORDER EXTENDING SELF-SURRENDER DATE** |
| HEFFERMAN, | |
| Defendants. | |

Defendant's self-surrender date is extended from March 16, 2026, to April 8, 2026, by 12:00 PM.

**IT IS SO ORDERED**.

Dated: March 13, 2026

EDWARD M. CHEN
United States District Judge