JOHN T. PHILIPSBORN - SBN 83944
Law Offices of JOHN T. PHILIPSBORN
507 Polk Street, Suite 350
San Francisco, CA 94102
(415) 771-3801
jphilipsbo@aol.com

K. ALEXANDRA McCLURE - SBN 189679
Law Office of ALEXANDRA McCLURE
217 Leidesdorff
San Francisco, CA 94103-1008
(415) 814-3397
alex@alexmcclurelaw.com

Attorneys for Brian Wendt

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JONATHAN JOSEPH NELSON, et al.,<br><br>　　　　Defendants. | **Case No. CR-17-00533-EMC**<br><br>**MOTION FOR PERMISSION TO FILE OVERSIZED MEMORANDUM IN SUPPORT OF BRIAN WENDT'S MOTION FOR NEW TRIAL [CRIMINAL LOCAL RULES 47-1; 47-2; CIVIL LOCAL RULES, RULE 7-4(b)]**<br><br>**Dept:  The Honorable Edward M. Chen<br>　　　　District Judge** |

TO: THIS HONORABLE COURT; COUNSEL FOR THE GOVERNMENT; COUNSEL FOR THE DEFENSE:

　　　BRIAN WENDT, through counsel, moves this Court pursuant to Criminal Local Rule 47-2 and Civil Local Rule 7-4(b) for an order permitting it to file an oversized memorandum in support of its Motion for New Trial. The memorandum referenced here is 37 pages long, without tables. The memorandum is also being filed under seal because it contains references to matters, and discovery, covered by AEO or other protective orders.

　　　The Wendt Memorandum in support of motion for new trial asks for an evidentiary

hearing prior to any ruling on the underlying motion for new trial. As such, it contains arguments supporting an evidentiary hearing, and arguments in support of the granting of a new trial. Two lines of authority are involved with those distinct arguments. The brief contains a detailed review of the procedural history of discovery litigation that is pertinent to the motion for an evidentiary hearing and two of the arguments in support of a new trial. The Wendt defense's Memorandum addresses several legal issues that were alluded to but not fully explained or briefed during the preambular discovery litigation that preceded the filing of this motion in 2025 and 2026. Those issues are briefed in detail here. and that are thus discussed here.  The Memorandum is 12 pages in excess of the length permitted by the Court's Local Rules without the need for an order of the kind sought here. In sum, there is ample good cause for the Court to grant this motion.

This Motion is based on the above statement of the Motion, on the supporting declaration of counsel, and on the pertinent Local Rules.

Dated: June 25, 2026                     Respectfully Submitted,
                                         JOHN T. PHILIPSBORN
                                         K. ALEXANDRA McCLURE


                                          /s/ John T. Philipsborn
                                         JOHN T. PHILIPSBORN

**MOTION FOR PERMISSION TO FILE OVERSIZED MEMORANDUM
IN SUPPORT OF BRIAN WENDT'S MOTION FOR NEW TRIAL**

2