UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** August 18, 2026 **Time:** 10:00-10:34 34 minutes **Judge:** EDWARD M. CHEN

**Case No.**: 17-cr-00533-EMC-1 **Case Name:** USA v. Jonathan Joseph Nelson et al.

**3:17-cr-00533-EMC-1 - USA v. Jonathan Joseph Nelson**
AUSA: Kevin Barry / DEF: Richard Novak, Vicki Buchanan
**Defendant:** [ ] Present [X] Not Present
**Defendant's Custodial Status:** [X] In Custody [ ] Not in Custody

**3:17-cr-00533-EMC-2 – USA v. Raymond Michael Foakes**
AUSA: Kevin Barry / DEF: Albert Boro
**Defendant:** [] Present [X] Not Present
**Defendant's Custodial Status:** [X] In Custody [ ] Not in Custody

**3:17-cr-00533-EMC-5 - USA v. Brian Wayne Wendt**
AUSA: Kevin Barry / DEF: John Philipsborn, Gail Ivens, Ellen Ivens Duran
**Defendant:** [] Present [X] Not Present
**Defendant's Custodial Status:** [X] In Custody [ ] Not in Custody

**3:17-cr-00533-EMC - 6 USA v. Russell Taylor Ott**
AUSA: Kevin Barry / DEF: Robert Waggener, Leah Spero
**Defendant:** [ ] Present [X] Not Present
**Defendant's Custodial Status:** [X] In Custody [ ] Not in Custody

**3:17-cr-00533-EMC-7 USA v. Christopher Ranieri**
AUSA: Kevin Barry / DEF: John Walsh
**Defendant:** [] Present [X] Not Present
**Defendant's Custodial Status:** [X] In Custody [ ] Not in Custody

**Deputy Clerks:** Vicky Ayala **Court Reporter:** Layli Phillips

**PROCEEDINGS HELD VIA ZOOM WEBINAR**

Status Conference -held.

**SUMMARY**

Parties stated appearances. Defendants' appearances were waived.

Court set evidentiary hearing for September 25, 2026, at 9:00 a.m. Parties are limited to four hours. CHS and Special Agents Hofmann and White are expected to appear. Special Agent Hofmann may appear remotely due to medical reasons stated on the record. Order will issue directing Mr. Philipsborn to appear in person.

The Court will issue a subpoena, to be served by US Marshals Service, directing CHS to appear at the evidentiary hearing. Mr. Novak to prepare draft subpoena with information directed at the CHS informing the CHS of the potential availability of counsel to provide advice and possible representation under the Criminal Justice Act (CJA), with the contact information of CJA Supervising Attorney, Diana Weiss.

CASE CONTINUED TO: **9/25/2026, at 9:00 A.M., for an Evidentiary Hearing, in Courtroom 5, 17th Floor**