**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**JONATHAN JOSEPH NELSON,**<br><br>**Defendant.** | Case No. CR 17-0533-EMC-1<br><br>**ORDER DIRECTING THE UNITED STATES MARSHAL'S SERVICE TO CONTINUE TO DETAIN DEFENDANT JONATHAN JOSEPH NELSON (REGISTRATION NUMBER 24586-111) WITHIN THE NORTHERN DISTRICT OF CALIFONRIA PENDING THE NEXT HEARING IN THIS MATTER, AND TO PRODUCE MR. NELSON BEFORE THIS COURT ON SEPTEMBER 25, 2026** |

On August 18, 2026, this Court continued the previously scheduled evidentiary hearing in this matter from August 18, 2026 to September 25, 2026. Pursuant to an earlier order of this Court, the United States Marshal's Service ("USMS") had already transferred defendant Jonathan Joseph Nelson (Registration Number 24586-111) from USP Victorville to a detention facility within this district prior to August 18, 2026.

Pursuant to the request of counsel made during a sealed hearing on August 18, 2026, in order to facilitate attorney-client communication and for other good cause shown, the USMS is hereby ordered to continue to detain defendant Jonathan Nelson within this District pending the next hearing in this matter, and to produce him before this Court at 9:00 a.m. on September 25, 2026.

The Court recognizes that the Marshals do not have unilateral authority over local authorities with whom the federal government has jail housing contracts, and thus it orders the Marshals to use their best efforts to comply with the order.

IT IS SO ORDERED.

Dated: August 19, 2026

EDWARD M. CHEN
DISTRICT COURT JUDGE