UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiffs,

v.

HEFFERMAN,
Defendants.

Case No. 17-cr-00533-EMC-12

**ORDER EXTENDING SELF-SURRENDER DATE**

Docket No.

Defendant's self-surrender date is being extended from September 23, 2026, to September 25, 2026. Defendant is to self-surrender to Lompoc on September 25, 2026, at 5:00 PM.

**IT IS SO ORDERED**.

Dated: September 17, 2026

EDWARD M. CHEN
United States District Judge

United States District Court
Northern District of California